Shane Kirkland
TDCJ-CID#1794199
George Beto Unit
1391 FM 3328
Tennessee Colony, Tx
            75880

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 13 2015
TYLER TEXAS
CATHY S. LUSK, CLERK



Twelfth District
Court of Appeals
Clerk, Cathy Lusk
Suite 354
1517 W. Front St
Tyler, Texas
            75702

Date: Thursday, July 09 2015

Re: Shane Ryan Kirkland  V. State Of Texas
        Trial No. 114-1398-09, Appeal No. 12-12-00179-CR

Dear Clerk

        This is my Authorization to have my
Appellate record sent to the following Address
Above. My family has/will pay for this requested
record.
        Please notify me when the records Are
sent, If you can I would like my Appellant
Records sent to my mother at Therese
Kirkland 14235 CR 188 Bullard, Texas 75757
by sending these records there will Aid me
in my future litigation.

                                Respectfully,

                        x [signature] 7/9/15
                        Shane R. Kirkland